DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of S.K.W., child.

S.L. and J.L.,

Appellants,

v.

A.W., I.H., DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-1665
_____

July 3, 2024

Appeal from the Circuit Court for Hillsborough County; Daryl Manning,
Judge.

Elizabeth D. Burchell of Busciglio Sheridan Schoeb PA, Tampa, for
Appellants.

No appearance by Department of Children and Families.

Angela B. Wright, Tampa, for Appellee, A.W.

Bryant A. Scriven of Scriven Law P.A., Tampa, for Appellee, I.H.

PER CURIAM.


    Affirmed.

SLEET, C.J., VILLANTI and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.